# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: CLEVELAND, DAWN § | Case No. 08-18834 |
| CLEVELAND, DONALD § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER                      , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/12/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/30/2011            By:   /s/DEBORAH K. EBNER
                                                          Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: CLEVELAND, DAWN | § | Case No. 08-18834 |
| CLEVELAND, DONALD | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $ 20,000.50

*and approved disbursements of*      $ 0.00

*leaving a balance on hand of* [1]      $ 20,000.50

**Balance on hand:**      $ 20,000.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:      $ 0.00
Remaining balance:      $ 20,000.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 2,750.03 | 0.00 | 2,750.03 |
| Trustee, Expenses - DEBORAH K. EBNER | 23.84 | 0.00 | 23.84 |
| Attorney for Trustee, Fees - Law Office of Deborah K. Ebner | 3,977.50 | 0.00 | 3,977.50 |

Total to be paid for chapter 7 administration expenses:      $ 6,751.37
Remaining balance:      $ 13,249.13

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 13,249.13

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 13,249.13

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 122,228.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 494.17 | 0.00 | 53.58 |
| 2 | DISCOVER BANK | 7,143.34 | 0.00 | 774.31 |
| 4 | PYOD LLC its successors & assigns as assignee of Citibank | 15,520.32 | 0.00 | 1,682.34 |
| 5 | PYOD LLC its successors & assigns as assignee of Citibank | 5,701.32 | 0.00 | 618.00 |
| 6 | PYOD LLC its successors & assigns as assignee of Citibank | 486.03 | 0.00 | 52.68 |
| 7 | PYOD LLC its successors & assigns as assignee of Citibank | 6,956.48 | 0.00 | 754.06 |
| 8 | Chase Bank USA,N.A | 451.79 | 0.00 | 48.97 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 9 | Fia Card Services, NA/Bank of America by American Infosource | 12,306.34 | 0.00 | 1,333.96 |
| 10 | Fia Card Services, NA/Bank of America by American Infosource | 12,125.61 | 0.00 | 1,314.37 |
| 11 | Fia Card Services, NA/Bank of America by American Infosource | 29,647.25 | 0.00 | 3,213.65 |
| 12 | Fia Card Services, NA/Bank of America by American Infosource | 26,896.97 | 0.00 | 2,915.53 |
| 13 | GE Money Bank dba LOWES CONSUMER | 4,499.04 | 0.00 | 487.68 |

Total to be paid for timely general unsecured claims: $ 13,249.13
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                            Case No. 08-18834-BWB
Dawn Cleveland                                                    Chapter 7
Donald Cleveland
          Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: bchavez                Page 1 of 2                   Date Rcvd: Jul 05, 2011
                               Form ID: pdf006              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2011.
db/jdb        +Dawn Cleveland,    Donald Cleveland,    207 Deerpath Dr,    Oswego, IL 60543-8895
aty           +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,    11 E Adams St Ste 904,
                Chicago, IL 60603-6306
aty           +James A Young,    James A Young & Associates, Ltd.,    47 DuPage Court,    Elgin, IL 60120-6421
tr            +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
12434063      +American Home Mtg Srv,    Attn: Bankruptcy,    4600 Regent Blvd,    Irving, TX 75063-2443
12434064      +Ann Cleveland,    834 Brookside Drive,    Bartlett, IL 60103-4668
12434065      +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
12434068      +Bank of America,    Attn: Bankruptcy Dept NC4-105-03-14,    Po Box 26012,
                Greensboro, NC 27420-6012
12434069      +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
                Wilmington, DE 19899-8833
12434070      +Chase,   Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
14967767       Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
15059338      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12434075      +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12434077      +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
                Simi Valley, CA 93062-5170
12434074      +DaimlerChrysler Fin Svcs Americas LLC,    c/o Riezman Berger PC,    7700 Bonhomme Ave 7the Floor,
                St Louis MO 63105-1960
12434080      +Dsnb Macys,    Attn: Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
12434081      +Home Comings Financial,    Attention: Bankruptcy Dept,    1100 Virginia Drive,
                Fort Washington, PA 19034-3204
12434083      +Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0001
12434085     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,      P.O. Box 21126,    Philadelphia, PA 19114)
12434086       Juniper Bank,    P.O. BOX 13337,    Philadelphia, PA 19101-3337
12434090      +Natl City Credit Card Services,    Attention: Bankruptcy Department,    6750 Miller Road,
                Brecksville, OH 44141-3262
12434091      +Oswego Fire Protection,    Dept 2q,    P.O. Box 457,    Wheeling, IL 60090-0457
14981296      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
12434093      +Sears/cbsd,    Po Box 20363,    Kansas City, MO 64195-0363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14922242       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 05 2011 23:48:36       DISCOVER BANK,
                DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
12434078      +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 05 2011 23:48:36       Discover Financial,
                Attention: Bankruptcy Department,     Po Box 3025,    New Albany, OH 43054-3025
15145810       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 05 2011 23:47:30
                Fia Card Services, NA/Bank of America,     by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK   73124-8809
15329754      +E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2011 23:49:39       GE Money Bank dba LOWES CONSUMER,
                Care of Recovery Management Systems Corp,     25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12434087      +E-mail/PDF: cr-bankruptcy@kohls.com Jul 05 2011 23:49:52       Kohls,    Attn: Recovery,
                Po Box 3120,    Milwaukee, WI 53201-3120
12434088      +E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2011 23:49:39       Lowes / MBGA,
                Attention: Bankruptcy Department,     Po Box 103104,    Roswell, GA 30076-9104
12434089      +Fax: 847-227-2151 Jul 05 2011 23:47:23       Medical Recovery Specialists,
                2250 East Devon, Suite 352,    Des Plaines, IL 60018-4519
12434092      +E-mail/PDF: pa_dc_claims@salliemae.com Jul 05 2011 23:57:44       Sallie Mae 3rd Pty Lsc,
                Attn: Claims Dept,    Po Box 9400,    Wilkes Barre, PA 18773-9400
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12434066*     +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
12434067*     +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
12434071*     +Chase,   Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
12434072*     +Chase,   Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
12434073*     +Chase,   Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
12434076*     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12434079*     +Discover Financial,    Attention: Bankruptcy Department,    Po Box 3025,
                New Albany, OH 43054-3025
12434082*     +Home Comings Financial,    Attention: Bankruptcy Dept,    1100 Virginia Drive,
                Fort Washington, PA 19034-3204
12434084*     +Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0001
12434094*     +Sears/cbsd,    Po Box 20363,    Kansas City, MO 64195-0363
```

```
District/off: 0752-1           User: bchavez              Page 2 of 2              Date Rcvd: Jul 05, 2011
                               Form ID: pdf006            Total Noticed: 32

aty         ##+Connie J Lambert,   Law Office of Deborah K. Ebner,   11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
                                                                          TOTALS: 0, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 07, 2011**                        **Signature:** _Joseph Speetjens_