# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: CLEVELAND, DAWN  
      CLEVELAND, DONALD

Case No. 08-18834

Chapter 7

Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00  
*(without deducting any secured claims)*

Assets Exempt: $41,025.00

Total Distribution to Claimants: $13,524.51

Claims Discharged Without Payment: $214,085.18

Total Expenses of Administration: $6,476.37

3) Total gross receipts of $ 20,000.88 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,000.88 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $606,552.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,751.37 | 6,476.37 | 6,476.37 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 3,200.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 209,149.03 | 130,542.15 | 122,228.66 | 13,524.51 |
| **TOTAL DISBURSEMENTS** | $818,901.03 | $137,293.52 | $128,705.03 | $20,000.88 |

    4) This case was originally filed under Chapter 7 on July 22, 2008. The case was pending for 37 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2011      By: /s/DEBORAH K. EBNER
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference - Metlife 09-00170 | 1141-000 | 20,000.00 |
| Interest Income | 1270-000 | 0.88 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.88** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Home Comings Financial | 4110-000 | 44,219.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Comings Financial | 4110-000 | 97,279.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Lending | 4110-000 | 194,838.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial | 4110-000 | 36,006.00 | N/A | N/A | 0.00 |
| NOTFILED | American Home Mtg Srv | 4110-000 | 234,210.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$606,552.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 2,750.03 | 2,750.03 | 2,750.03 |
| DEBORAH K. EBNER | 2200-000 | N/A | 23.84 | 23.84 | 23.84 |
| Law Office of Deborah K. Ebner | 3110-000 | N/A | 3,977.50 | 3,702.50 | 3,702.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 6,751.37 | 6,476.37 | 6,476.37 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5200-000 | 3,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Ann Cleveland | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 3,200.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | N/A | 494.17 | 494.17 | 54.68 |
| 2 | DISCOVER BANK | 7100-000 | N/A | 7,143.34 | 7,143.34 | 790.40 |
| 3 | Chase Bank USA NA - Disallowed 6/17/11 | 7100-000 | N/A | 8,313.49 | 0.00 | 0.00 |
| 4 | PYOD LLC its successors & assigns as assignee of | 7100-000 | 14,582.00 | 15,520.32 | 15,520.32 | 1,717.31 |
| 5 | PYOD LLC its successors & assigns as assignee of | 7100-000 | 5,347.00 | 5,701.32 | 5,701.32 | 630.85 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | PYOD LLC its successors & assigns as assignee of | 7100-000 | 405.00 | 486.03 | 486.03 | 53.78 |
| 7 | PYOD LLC its successors & assigns as assignee of | 7100-000 | 6,367.00 | 6,956.48 | 6,956.48 | 769.73 |
| 8 | Chase Bank USA,N.A | 7100-000 | 387.00 | 451.79 | 451.79 | 49.99 |
| 9 | Fia Card Services, NA/Bank of America by American | 7100-000 | 11,022.00 | 12,306.34 | 12,306.34 | 1,361.69 |
| 10 | Fia Card Services, NA/Bank of America by American | 7100-000 | 11,653.00 | 12,125.61 | 12,125.61 | 1,341.69 |
| 11 | Fia Card Services, NA/Bank of America by American | 7100-000 | 27,195.00 | 29,647.25 | 29,647.25 | 3,280.44 |
| 12 | Fia Card Services, NA/Bank of America by American | 7100-000 | 25,533.00 | 26,896.97 | 26,896.97 | 2,976.13 |
| 13 | GE Money Bank dba LOWES CONSUMER | 7100-000 | 4,477.00 | 4,499.04 | 4,499.04 | 497.82 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 1,189.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Recovery Specialists | 7100-000 | 1,001.60 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 5,035.00 | N/A | N/A | 0.00 |
| NOTFILED | Oswego Fire Protection | 7100-000 | 368.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services Processing Center | 7100-000 | 6,325.63 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services Processing Center | 7100-000 | 290.80 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 386.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial | 7100-000 | 449.00 | N/A | N/A | 0.00 |
| NOTFILED | Dsnb Macys | 7100-000 | 398.00 | N/A | N/A | 0.00 |
| NOTFILED | Natl City Credit Card Services | 7100-000 | 9,943.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae 3rd Pty Lsc | 7100-000 | 16,019.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 26,644.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 27,285.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial | 7100-000 | 6,847.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 209,149.03 | 130,542.15 | 122,228.66 | 13,524.51 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-18834  
**Case Name:** CLEVELAND, DAWN  
CLEVELAND, DONALD  
**Period Ending:** 09/10/11

**Trustee:** (330480)   DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 07/22/08 (f)  
**§341(a) Meeting Date:** 08/28/08  
**Claims Bar Date:** 04/02/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Location: 207 Deerpath Dr, Oswego, Single family | 250,000.00 | 0.00 | | 0.00 | FA |
| 2 | 364 Beech Court, Carol, Duplex- Rental Property | 215,000.00 | 20,162.00 | | 0.00 | FA |
| 3 | 1445 Liberty St., Aurora, IL 60505, Single Famil | 150,000.00 | 8,502.00 | | 0.00 | FA |
| 4 | West Suburban Bank checking account | 500.00 | 0.00 | | 0.00 | FA |
| 5 | West Suburban savings account | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Misc household furniture & appliances: TV, Washe | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing | 175.00 | 0.00 | | 0.00 | FA |
| 8 | Pension Plan | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | 2001 Pontiac Grand Prix 110,000 miles | 5,560.00 | 0.00 | | 0.00 | FA |
| 10 | 2000 Plymouth Voyager 200,000 miles | 3,190.00 | 0.00 | | 0.00 | FA |
| 11 | 2007 Chrysler Pacifica | 16,540.00 | 0.00 | | 0.00 | FA |
| 12 | Preference  - Metlife 09-00170 | 0.00 | 0.00 | | 20,000.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 0.88 | FA |
| 13 | Assets   Totals (Excluding unknown values) | **$642,565.00** | **$28,664.00** | | **$20,000.88** | **$0.00** |

**Major Activities Affecting Case Closing:**

Agreed Judgment Order entered in December 2010 awarding Trustee $20,000.00 : Trustee is awaiting receipt of funds so that case can close.

**Initial Projected Date Of Final Report (TFR):**   December 30, 2014     **Current Projected Date Of Final Report (TFR):**   July 1, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-18834  
**Case Name:** CLEVELAND, DAWN  
CLEVELAND, DONALD  
**Taxpayer ID #:** **-***3354  
**Period Ending:** 09/10/11  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/21/11 | {12} | METLIFE | Settlement of Ebner vs. Metlife 09-00170 | 1141-000 | 20,000.00 | | 20,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 20,000.02 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,000.18 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,000.34 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,000.50 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,000.66 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,000.82 |
| 08/11/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 20,000.88 |
| 08/11/11 | | To Account #9200******1566 | TO close | 9999-000 | | 20,000.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,000.88 | 20,000.88 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 20,000.88 | |
| | | | **Subtotal** | | 20,000.88 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,000.88** | **$0.00** | |

{} Asset reference(s)

Printed: 09/10/2011 11:41 PM    V.12.57

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-18834 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | CLEVELAND, DAWN | | Bank Name: | The Bank of New York Mellon |
| | CLEVELAND, DONALD | | Account: | 9200-******15-66 - Checking Account |
| Taxpayer ID #: | **-***3354 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/10/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/11/11 | | From Account #9200******1565 | TO close | 9999-000 | 20,000.88 | | 20,000.88 |
| 08/16/11 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $23.84, Trustee Expenses;  Reference: | 2200-000 | | 23.84 | 19,977.04 |
| 08/16/11 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $2,750.03, Trustee Compensation;  Reference: | 2100-000 | | 2,750.03 | 17,227.01 |
| 08/16/11 | 103 | Law Office of Deborah K. Ebner | Dividend paid 100.00% on $3,702.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,702.50 | 13,524.51 |
| 08/16/11 | 104 | DISCOVER BANK | Dividend paid  11.06% on $494.17; Claim# 1; Filed: $494.17; Reference: 2187 | 7100-000 | | 54.68 | 13,469.83 |
| 08/16/11 | 105 | DISCOVER BANK | Dividend paid  11.06% on $7,143.34; Claim# 2; Filed: $7,143.34; Reference: 4042 | 7100-000 | | 790.40 | 12,679.43 |
| 08/16/11 | 106 | PYOD LLC its successors & assigns as assignee of Citibank | Dividend paid  11.06% on $15,520.32; Claim# 4; Filed: $15,520.32; Reference: 5121071797227414 | 7100-000 | | 1,717.31 | 10,962.12 |
| 08/16/11 | 107 | PYOD LLC its successors & assigns as assignee of Citibank | Dividend paid  11.06% on $5,701.32; Claim# 5; Filed: $5,701.32; Reference: 5121071860948011 | 7100-000 | | 630.85 | 10,331.27 |
| 08/16/11 | 108 | PYOD LLC its successors & assigns as assignee of Citibank | Dividend paid  11.06% on $486.03; Claim# 6; Filed: $486.03; Reference: 6035320184165833 | 7100-000 | | 53.78 | 10,277.49 |
| 08/16/11 | 109 | PYOD LLC its successors & assigns as assignee of Citibank | Dividend paid  11.06% on $6,956.48; Claim# 7; Filed: $6,956.48; Reference: 6035320247588641 | 7100-000 | | 769.73 | 9,507.76 |
| 08/16/11 | 110 | Chase Bank USA,N.A | Dividend paid 11.06% on $451.79; Claim# 8; Filed: $451.79; Reference: 042690248252 | 7100-000 | | 49.99 | 9,457.77 |
| 08/16/11 | 111 | Fia Card Services, NA/Bank of America by American Infosource | Dividend paid  11.06% on $12,306.34; Claim# 9; Filed: $12,306.34; Reference: 2715 | 7100-000 | | 1,361.69 | 8,096.08 |
| 08/16/11 | 112 | Fia Card Services, NA/Bank of America by American Infosource | Dividend paid  11.06% on $12,125.61; Claim# 10; Filed: $12,125.61; Reference: 3315 | 7100-000 | | 1,341.69 | 6,754.39 |
| 08/16/11 | 113 | Fia Card Services, NA/Bank of America by American Infosource | Dividend paid  11.06% on $29,647.25; Claim# 11; Filed: $29,647.25; Reference: 9636 | 7100-000 | | 3,280.44 | 3,473.95 |
| 08/16/11 | 114 | Fia Card Services, NA/Bank of America by American Infosource | Dividend paid  11.06% on $26,896.97; Claim# 12; Filed: $26,896.97; Reference: 5406 | 7100-000 | | 2,976.13 | 497.82 |
| 08/16/11 | 115 | GE Money Bank dba LOWES CONSUMER | Dividend paid  11.06% on $4,499.04; Claim# 13; Filed: $4,499.04; Reference: 798192414065 | 7100-000 | | 497.82 | 0.00 |

Subtotals :     $20,000.88     $20,000.88

{} Asset reference(s)

Printed: 09/10/2011 11:41 PM     V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-18834 | | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| **Case Name:** | CLEVELAND, DAWN | | **Bank Name:** | The Bank of New York Mellon |
| | CLEVELAND, DONALD | | **Account:** | 9200-******15-66 - Checking Account |
| **Taxpayer ID #:** | **-***3354 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/10/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **20,000.88** | **20,000.88** | **$0.00** |
| | | | Less: Bank Transfers | | 20,000.88 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **20,000.88** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$20,000.88** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******15-65** | 20,000.88 | 0.00 | 0.00 |
| **Checking # 9200-******15-66** | 0.00 | 20,000.88 | 0.00 |
| | $20,000.88 | $20,000.88 | $0.00 |